PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. <u>CARMEN BINNS</u>     Docket No. __2:01-CR20250-01__

### Petition on Probation and Supervised Release

**COMES NOW** __MARNIE KLYMAN__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Carmen Binns__ who was placed on supervision by the Honorable Samuel H. Mays, Jr sitting in the Court at __Memphis, TN__ on the 31st day of July, 2002 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant participate in the Home Detention program for a period of five (5) five months (satisfied).
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.
3. The defendant shall provide the Probation Officer access to any requested financial information.
4. The defendant shall provide third party risk notification as directed by the Probation Officer.
5. The defendant shall pay restitution in the amount of $30,325.00 ($26,550.00 remaining balance).

*Term of Supervised Release began May 8, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing Ms. Binns monthly income and monthly necessary expenses, the Probation Office has determined that 10% of her monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Carmen Binns' restitution payments be set at ten (10%) percent of her monthly gross income.

### ORDER OF COURT

Considered and ordered this 7th day of Jun, 20 05 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Marnie Klyman_
Marnie Klyman
U.S. Probation Officer

Place <u>Memphis, Tennessee</u>

Date <u>June 2, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:01-CR-20250 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT